**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>PADGETT, DUANE RAY and<br>PADGETT, KIMBERLY K.,<br><br>             Debtors.<br><br>_____ | Case No. 2-09-BK-26575-RTB<br><br>Chapter 7<br><br>**APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

     David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 301 | 12/06/10 | Duane and Kimberly Padgett<br>2742 E. Larkspur<br>Phoenix, AZ 85032-7054 | $41.70 |

     Dated this 17th of March, 2011

                                               /s/ David M. Reaves
                                               David M. Reaves, Chapter 7 Trustee